Charles Rembert, Appellant, v. James Irving, d/b/a World Wide Auto Sales, and Angelo Spiller, Appellees.

Gen. No. 46,680. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Released for publication April 30, 1956.

Rogers, Rogers, Strayhorn & Harth, for appellant; Raymond E. Harth, and John W. Rogers, of counsel; no brief filed for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.